UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 24 2013

******************************************************

| | | |
|---|---|---|
| BURTON LANDMAN, | * | CIV. 12-4082 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT |
| CAROLYN COLVIN,<br>Commissioner of Social Security, | * | |
| Defendant. | * | |

******************************************************

In accordance with the Memorandum Opinion and Order filed on this date with the Clerk of this Court, IT IS ORDERED, ADJUDGED and DECREED that the Commissioner's denial of benefits is affirmed and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 24th day of September, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY